Case 7:06-cr-00089-DC  Document 327  Filed 11/15/21  Page 1 of 4

FILED
November 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____KG_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MO:06-CR-89 |
| ) | |
| v. ) | |
| ) | |
| Tommy Delando Burns, | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S PRO SE MOTION FOR RECONSIDERATION PURSUANT TO RULE 59(e) i.e., MOTION TO ALTER OR AMEND JUDGMENT FOR RELIEF UNDER THE FIRST STEP ACT OF 2018**

AND NOW Comes Defendant Tommy D. Burns in the above matter before the Court in response to its October 13, 2021 letter. Defendant submits this motion in good-faith seeking to obtain "complete review" of the effect which the First Step Act of 2018 has one his sentence.

## FACTS

On September 23, 2021 the Court entered a Amended Order denying Defendants request (through his attorney) for relief under 18 U.S.C. § 3582 following remand from the Fifth Circuit Court of Appeals. Unbeknownst to me, I prepared and mailed my Pro-se Motion for relief under the First Step Act of 2018 pursuant to 18 U.S.C. § 3582(h) and mailed it to the court which was received on October 4, 2021, 11-days after the decision. (Although my pro-se motion was received on 10/4/21, it was received within the time requirements pursuant to Rule 59(e)).

Defendant submitted his pro-se motion to obtain review for the **"Statutory Changes"** to 21 U.S.C. §§ 841(b)(1)(A) and 841(B)(1)(b) which are in facts Retroactively applicable to the case at bar. The 105 grams establishes a base offense level under the Sentencing Guidelines at 24 which at Criminal History Category VI, Defendants sentencing range is 100-125 months.

## CONCLUSION

Defendant is currently serving a term of imprisonment that is no longer applicable due to the statutory changes under 21 U.S.C. §841(b)(1)(A) and §841(b)(1)(B) opposite the Sentencing Guidelines. Defendant has his family to support him to make a successful transition back into society and become a positive role model to his family and children.

Defendant prays that the Court re-considers its decision denying his motion

Respectfully submitted

Tommy Delando Burns, Pro se

## CERTIFICATE OF SERVICE

I certify that on October 26, 2021 I have effected service of the foregoing motion upon the following parties below:

Joseph H. Gay, Jr./Brandi Young   AUSA's
U.S. Attorney's Office
400 West Illinois Street, Ste. 1200
Midland, TX 79701

                                     Respectfully submitted,

                                     Tommy Delando Burns, Pro se
                                     FCI Seagoville
                                     P.O. Box 9000
                                     Seagoville, TX 7515
                                     Register No.35499-177

Tommy Delando Burns
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159



RECEIVED

NOV 0 4 2021

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

U.S. District Cart
200 E. Wall St.
Midland, TX 79701